# EXHIBIT A

Edward R. Korman
Honorable Judge
United States Courthouse
225 Cadman Plaza
Brooklyn, NY  11201


Respected and Honorable Judge, first of all, I want to thank you for taking some of your valuable time to read this letter, so I can express to you all my remorse for the error of my ways I have commited and that at the same time I have come to realize what damage I inflicted on my victims by my conduct.  I want to tell you that in the time that I have been serving under the government of the United States of America – 5 years now – I have realized that what I was doing was not good at all.  This is why, Your Honor, I want to offer my apologies to you, to the victims, and to the United States of America, as well as to my mother and my children, because I cannot be with them.  I also want you to know that no one knows what one has until one sees it lost.  This is why I beg for clemency, Your Honor, and for a chance, so that the time that you are about to impose on me be one I can serve to this country; and so that, God willing, I can be with my family and with my mother – because I am now afraid that when I get there, I will not find her, because she is ill.

I also hope I will be finding my children, and why not, that I will reintegrate into society as well. I know that will not be easy, but in the time I will serve the government, I promise to begin studying and that I will work and put a lot of effort into becoming a great person and a great human being.  I promise you I will not come back to this great country. Once again, thank you for your valuable time, Your Honor.

Edward. R. Korman
Honorable Juez
United States Court hause
225 Cadman plaza
Brookly NY 11201

Respetable y honorable Juez primero que nada
quiero darle las gracias por tomarse su valeoso tiempo
de leer esta carta y poder expresarle todo mi
arrepentimiento por el error que he Cometido y
que ala vez me doy cuenta del daño que Cometi a las
Victimas con mi Comportamiento pero quiero manifestarle
que en el tiempo que llevo sirviendo al gobierno de los
Estados Unidos de America que ya son 5años me he
dado Cuenta de que lo que estaba haciendo no estaba
nada bien por eso su Señoria quiero pedirle perdon
ha usted, alas victimas y a los Estados Onides de
America y tambien a mi madre y amis hijos ya que
no puedo estar Con ellos. Y tambien quiero que
Sepa que nadien Sabe lo que tiene asta que lo ve
perdido por eso so Señoria le pido Clemencia y
una oportunidad para que Sea el tiempo que me Vaya
a Sentenciar dejar servido a este pais y primeramente
Dios lo mas pronto posible estar con mi familia y
mi madre pues ya me da miedo de llegar y no
encontrarla puesto que esta enferma.

Y tambien encontrar a mis hijos y por que no tambien reintegrarme ala Sociedad yo se que no va ha ser facil pero Con el tiempo que voy a Servicle al gobierno prometo que voy a ponerme a estudiar y trabajar y aecharle muchas ganas para asi poder Ser una gran persona y un gran ser humano y prometo no volver a este gran pais y nuevamente Gracias por su valioso tiempo su Señoria.