**EXHIBIT B**

Saturday, July 21ˢᵗ of the year 2018

From:  Luisa Anahuac Rojas

To:    Odilon Martinez Rojas

Hello, Honorable Judge Edward Korman. I hope you are well, yourself and your family. It is a pleasure for me to be able to explain to you by means of this a short narrative of about the life of my brother. Since he was very little, he was a hard working person. He always behaved well here in the town, because he was watching over my mother who is ill now. Since he was little, he worked in the fields so he could contribute some money so we could eat, so we would all study, because my mother could not make money stretch enough. As time passed, my brother was forced to leave his studies because his father abandoned them. My mother was pregnant, and he never took any responsibility for my siblings, and this is why my brother had to start working from a very young age to support my siblings. They were all studying and the expenses weighed heavily on her. Odilon did not want to leave school, but he had to accept it because of the same reason: money was not enough. After dropping out of Benito Juarez Primary School, he started working at a textile factory where he stayed for a while: approximately 4 or 5 years. After that, he was a ticket collector on Route 9, which line runs from Constancia to Seguro de San Jose. Later, he became a driver on that same Route. He was always looking for a way he could contribute some amount of money to the home so he could get them out of the hole. He was really very good to my mom, who is now feeble lacking strength. He always kept a nice friendship going with the neighbors, and he has always loved his family deeply – his children, his siblings, and my mother.

I, Luisa Anahuac Rojas ask you from the bottom of my heart, Honorable Judge, to give my brother a chance. Please, I beg of you, give him a chance. Please, I beg you wholeheartedly for my brother, because my mother really needs him and she is very ill. I know his wrongdoing was very serious, but maybe he was not thinking it through, and I am sure he is remorseful now. I ask you with all my heart to give him another chance. We all err, because no one is perfect in this world. This is why repentance exists. My brother was always very hard-working and humble. I say to you beforehand: thank you for allowing me to express my thanks, and may God bless you and your whole family.

So long, Judge Edward Korman.

                                                    [Signed]

Sabado 21 De Julio del año 2018

De: Luisa Anahuac Rojas

Para: Odilón Martinez Rojas

Hola Señor Juez Edward Korman espero se encuentre bien usted y su familia. Para mi es un placer poder explicarle por este. Medio un pequeño relato de la vida de mi hermano desde muy pequeño fue una persona trabajadora siempre se porto bien aca en el pueblo ya que velá por mi madre que ahora esta enferma desde muy pequeñito trabajo en el campo para poder aportar algo de dinero para que nos alimentaramos ya que todos estudiabamos y a mi madre no le alcanzaba el dinero con el paso del tiempo mi hermano se vio obligado a dejar sus estudios porque su padre los abandono desde que estaba embarazada mi madre y nunca se hizo responsable de mis hermanos, y por eso mi hermano se tuvo que poner a trabajar desde muy chico para poder mantener a mis hermanos ya que todos estudiaban y los gastos eran muy fuertes para ella mi hermano Odilón no queri dejar la escuela pero tuvo que aceptar por lo mismo de que no alcanzaba el dinero dejando la escuela la primaria Benito Juarez empezo a trabajar en una fabrica textil en la que duró un tiempo ahí aproximadamente unos 4 o 5 años, despues fue de cobrador

De la ruta 9 que recorre a la constanera y seguro de San Jose de ahi se volvio chofer de la misma Ruta. Siempre vio la manera de aportar dinero al hogar y sacar adelante se porto muy bien con mi madre la cual ya esta un poco debil y sin fuerza siempre tuvo una muy buena amistad con lo vecinos y siempre quizo mucho a su fami hijos, hermanos, y a mi madre.

Yo Luisa Anahuac Rosas le pido de to corazón Señor Juez que le de una oportu a mi hermano por favor se lo pido que le de una gran oportunidad a mi hermano por favor se lo pido con todo mi corazón se pi porque le hace mucha falta a mi madre que esta muy enferma yo se que cometio un error muy grave pero a lo mejor lo hi inconcientemente y estoy segura que se arrepiente le pido de todo corazón que le de otra oportunidad todos cometemos errores porque nadien es perfecto en este mundo por eso existe el arrepentimiento mi herman siempre fue muy trabajador y humilde. Antemano le doy las gracias por poder permitirme expresar gracias y que Dios lo Bendiga a usted y toda su familia

Hasta Pronto Señor Juez Edward Korman

Luisa