**EXHIBIT C**

Saturday, July 21st of the year 2018

From:   Alfredo Ortiz Arahuac

To:     Odilon Martinez Rojas

Greetings from me, Honorable Judge Edward Korman. It is an honor to address you by means of this short letter,

Well, sincerely, my uncle was a very hard-working person. He worked on Route 9 which runs through Constancia to Seguro de San Jose. He was a driver on that Route, and so, he always behaved very well when here in town. He was a trusted man. Maybe he made a mistake, but I know he will be remorseful, because he can no longer see his family and friends. Truth is, we miss him a lot, because he is very far and we cannot go to where he is locked up. I just ask you, Honorable Judge, to give him a chance. I know he will not fail you. I am sure that he will behave as he should. Please, I beg you, give him a short sentence.

So long, Mr. Edward Korman. Take good care and may blessings be upon you.

                                                                      [Signed]
                                                                    Alfredo Ortiz A.

Sábado 21 de Julio del año 2018

De: Alfredo Ortiz Anahuac
Para: Odilon Martinez Rojas.

Un Saludo de mi parte Señor Juez Edward Korman es Un honor poder dirigirme a Usted por medio de esta pequeña Carta.

Pues Sinceramente mi tio fue Una persona muy trabajadora trabajo en la Ruta a la Cual recorre la Constancia y Seguro San Jose. fue Chofer en esa Ruta y Pues aca en el Pueblo Siempre Se porto muy bien era Una persona de Confianza a lo mejor Cometio Un error pero yo Se que Se arrepiente porque ya no puede Ver a Su familia y amigos la Verdad lo extrañamos mucho porque esta muy lejos y no podemos ir hasta donde esta encerrado Solo le pido Señor Juez que le de Una Oportunidad yo Se que no le va a fallar estoy Seguro que y Se Va a Comportar Como debe de Ser porfavor le Suplico le de Una Sentencia men

Hasta luego Señor Edward Korman.
Cuidese mucho y Bendiciones

Alfredo Ortiz A.